1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIE KASPARIAN,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:20-cv-10118-GJS<br><br>**JUDGMENT** |

　　Pursuant to the parties' Stipulation for the Entry of Judgment [Dkt. No. 20],

　　Judgment is entered in favor of Plaintiff Lucie Kasparian and against Defendant Commissioner of Social Security Administration on the ground that the Social Security Administration has granted the claim for benefits after remand from this Court pursuant to 42 U.S.C. § 405(g)(sentence 6) on July 30, 2021.

　　IT IS SO ORDERED AND ADJUDGED.

DATED:  September 1, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE