1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  LUCIE KASPARIAN,                         )  Case No.: 2:20-cv-10118-GJS
                                             )
12          Plaintiff,                       )   ORDER AWARDING EQUAL
                                             )  ACCESS TO JUSTICE ACT
13      vs.                                  )  ATTORNEY FEES AND EXPENSES
                                             )  PURSUANT TO 28 U.S.C. § 2412(d)
14  KILOLO KIJAKAZI,                         )  AND COSTS PURSUANT TO 28
    Acting Commissioner of Social            )  U.S.C. § 1920
15  Security,                                )
                                             )
16          Defendant                        )
    _____)

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $3,518.25 as

20  authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

21  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22  DATE:  September 25, 2023

23                                    _____
24                                    THE HONORABLE GAIL J. STANDISH
                                      UNITED STATES MAGISTRATE JUDGE
25
26

-1-